# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAIME LUEVANO,** | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-5840** |
| | : | |
| **U.S. TEXAS JUDGES, et al.,** | : | |
|     Respondents. | : | |

## ORDER

AND NOW, this 7th day of December, 2020, upon consideration of Petitioner Jaime Luevano's "Emergency Writ of Mandamus for Hearings – Etc." (ECF No. 1), it is hereby **ORDERED** that said Petition is **DISMISSED** for the reasons stated in the Court's accompanying Memorandum.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.